USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MALIBU MEDIA, LLC,                              :

             Plaintiff,                    :

    -against-                                       :         **ORDER TO SHOW CAUSE**

JOHN DOE subscriber assigned IP address   :         15-CV-1883 (LTS)(KNF)
207.38.208.137,
                                       :

             Defendant.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       On March 12, 2015, the plaintiff filed the complaint in this action. On July 24, 2015, the plaintiff's motion for an extension of time within which to effectuate service on the defendant was denied (Docket Entry No. 22). The docket sheet maintained by the Clerk of Court for this action indicates that, as of the time of this order, service has not been effected on the defendant. Accordingly, on or before September 10, 2015, the plaintiff shall show cause why the complaint should not be dismissed, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: New York, New York          SO ORDERED:
       September 2, 2015

                                                           _____
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE